**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                                                         Case No. 6:23-cv-829-JA-LHP

OMEGA LAND DEVELOPMENT
CORPORATION,

    Defendant.
_____

**ORDER**

In light of the Notice of Voluntary Dismissal with Prejudice (Doc. 14), the Clerk is directed to close this case.

**DONE and ORDERED** in Orlando, Florida, on August 20, 2023.

_/s/ John Antoon II_
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party